1  PAMELA E. COGAN (SBN 105089)
   ALEXIS F. KENT (SBN 267800)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email: pcogan@rmkb.com, akent@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and
SEAGATE US LLC LONG-TERM DISABILITY PLAN

GLENN R. KANTOR (SBN) 122643
KANTOR & KANTOR, LLP
E-mail: gkantor@kantorlaw.net
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
DUNG NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DUNG NGUYEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; SEAGATE US LLC LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Case No: CV 11-04873 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** |

It is hereby stipulated by and between Plaintiff Dung Nguyen and Defendants Liberty Life Assurance Company of Boston and Seagate US LLC Long-Term Disability Plan, through their respective attorneys of record, that the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

**IT IS SO STIPULATED**.

RC1/6416670.1/AFK

STIP AND [PROPOSED] ORDER DISMISSING
ACTION, CASE NO. CV 11-04873 YGR

| | |
|---|---|
| Dated: April 23, 2012 | KANTOR & KANTOR, LLP |

By: *Glenn R. Kantor*
    GLENN R. KANTOR
    Attorneys for Plaintiff, DUNG NGUYEN

Dated: April 23, 2012                  ROPERS, MAJESKI, KOHN & BENTLEY

By: *Pamela E. Cogan*
    PAMELA E. COGAN
    ALEXIS F. KENT
    Attorneys for Defendants, LIBERTY LIFE
    ASSURANCE COMPANY OF BOSTON
    and SEAGATE US LLC LONG-TERM
    DISABILITY PLAN

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be **DISMISSED** in its entirety **WITH PREJUDICE**. Each party is to bear its own fees and costs.

The Compliance Hearing set for May 4, 2012 is **VACATED**.

Dated: April 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**